IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMINE RODRIGUEZ | § | |
| | § | CIVIL ACTION NO. 23-04642 |
| VS. | § | |
| | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |

**NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, JASMINE RODRIGUEZ, and Defendant, WAL-MART STORES TEXAS, LLC (collectively the “Parties”), and jointly file this Notice of Settlement and in support show the Court as follows:

**I.**

The Parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request that the Court enter a 30 or 60-day conditional order staying all deadlines and permitting the Parties to exchange and execute final settlement documents. The lawsuit does not involve a minor and will not require the appointment of a guardian ad litem. This settlement disposes of all claims and all parties.

**II.**

The settlement by the Parties was accomplished by way of arms-length negotiation between parties. The settlement includes all Parties and claims, whether known or unknown, for injuries arising out of the incident at issue in this case. Upon execution of all settlement documents, the case is to be dismissed with prejudice. All costs will be paid by Parties incurring same.

**III.**

WHEREFORE, the Parties pray that this Court enter a 30 or 60-day conditional order staying case deadlines, in anticipation of final settlement being completed.

Respectfully submitted,

MESTEMAKER, STRAUB & ZUMWALT

s/ [signature] with permission by Todd W Phares

Jon Zumwalt
Mestemaker & Straub
3100 Timmons Lane, Suite 455
Houston, Texas 77027
(713) 626-8900 Telephone
(713) 626-8910 Facsimile
dkm@mandsattorneys.com
nstraub@mandsattorneys.com
jbz@mandsattorneys.com

ATTORNEYS FOR PLAINTIFF

BUSH & RAMIREZ, PLLC

*/s/ Tiffany Walker*

John A. Ramirez
State Bar No. 00798450
Federal ID No. 21280
Tiffany Walker
State Bar No. 24115480
Federal ID No. 3854147
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
twalker.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been sent to all interested counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 30th day of June 2025.

Jon Zumwalt
3100 Timmons Lane, Suite 455
Houston, Texas 77027

*/s/ John A. Ramirez*
John A. Ramirez